## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-00005-AP

JAMES K. THOMAS,

                            Plaintiff,

      v.

MICHAEL  J.  ASTRUE,
Commissioner of Social Security,

                            Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
### *(See Court's Note regarding briefing schedule)*

---

**1.      APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Frederick W. Newall, Esq.
730 N. Weber, #101
Colorado Springs, Colorado 80903
(719) 633-5211
(719) 635-6503 (facsimile)
newallfrederickw@qwest.net

<u>For Defendant</u>:

TROY A. EID
United States Attorney

Kevin Traskos
Assistant U.S. Attorney
kevin.traskos@usdoj.gov

Debra J. Meachum
Special Assistant U.S. Attorney
Office of the General Counsel
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
Telephone:  (303) 844-1570
debra.meachum@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

**A.     Date Complaint Was Filed:** January 3, 2008
**B.     Date Complaint Was Served on U.S. Attorney's Office:** January 11, 2008
**C.     Date Answer and Administrative Record Were Filed:** March 11, 2008

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:**   To the best of his knowledge, the record is complete.  However, Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**Defendant states:**  Defendant states that he will not object to Plaintiff submitting additional evidence with the Opening Brief, but he  cannot not agree to supplement the certified record with any evidence that was not before the ALJ or the Appeals Council. Defendant reserves the right to address the relevancy of any additional evidence.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**        There is no additional evidence.

**Defendant states:**        To the best of his knowledge, the record is complete.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:**  To the best of his knowledge, this case raises no unusual claims or defenses.

**Defendant states:** To the best of his knowledge, this case raises no unusual claims or defenses.

**7.     OTHER MATTERS**

**Plaintiff states:**        None.
**Defendant states:**        None.

8.	**BRIEFING SCHEDULE**

   A.	**Plaintiff's Opening Brief Due:**	May 22, 2008
   B.	**Defendant's  Response Brief Due:**	June 23, 2008
   C.	**Plaintiff's  Reply Brief (If Any) Due:**	July 9, 2008

   ***COURT'S NOTE***:  The parties are advised that because briefing in this matter begins outside the allowed 40 day time period, requests for additional time will be considered only under extreme circumstances.  ***JLK***

9.	**STATEMENTS REGARDING ORAL ARGUMENT**

   **Plaintiff's Statement:**  Plaintiff does NOT request oral argument
   **Defendant's Statement:** Defendant does not request oral argument.

10.	**CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
   *Indicate below the parties' consent choice.*

   A.	(   )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B.	(**XX**)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11.	**OTHER MATTERS**

   THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

12.	**AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

   The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

   DATED this 31ˢᵗ day of   March, 2008.

                    BY THE COURT:


                     <u>*S/John L. Kane*</u>
                    U.S. DISTRICT COURT JUDGE

APPROVED:

s/Frederick W. Newall 3/28/08
Frederick W. Newall, Esq.
730 N. Weber, #101
Colorado Springs, Colorado 80903
(719) 633-5211
(719) 635-6503 (facsimile)
newallfrederickw@qwest.net

Attorney for Plaintiff

TROY A. EID
UNITED STATES ATTORNEY

Kevin Traskos
Assistant U.S. Attorney
kevin.traskos@usdoj.gov

By: s/Debra J. Meachum 3/28/08
Debra J. Meachum
Special Assistant U.S. Attorney
Office of the General Counsel
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
Telephone:  (303) 844-1570
debra.meachum@ssa.gov

Attorneys for Defendant